UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:16-CR-310-H-1

UNITED STATES OF AMERICA

v.

Luis Ocascio

ORDER TO SEAL
DOCKET ENTRY # 28

On motion of the Defendant, Luis Ocascio, and for good cause shown, it is hereby ORDERED that the Memorandum at Docket Entry #28 be sealed until further notice by this Court, except that copies may be provided to the Assistant United States Attorney, Counsel for the Defendant, and the United States Probation Officer.

IT IS SO ORDERED.

This the **3rd** day of May, 2017.

MALCOLM J. HOWARD
Senior United States District Judge